450 F.2d 1154
 Alton J. BAILEY et al., Plaintiffs-Appellants,
v.
George DIXON et al., Defendants-Appellees.
 No. 71-2379 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 22, 1971.
 
 Joseph A. Gladney, Baton Rouge, La., Johnnie A. Jones, Baton Rouge, La., for plaintiffs-appellants.
 Joseph W. Cole, Jr., Port Allen, La., Julius Miller, New York City, for defendants-appellees.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See F.R.Civ.Pro. 12(h) (3); Harmon v. Superior Court, 9 Cir. 1962, 307 F.2d 796. See Local Rule 21.[1]
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966